| | |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF CALIFORNIA**<br>**(HON. LARRY A. BURNS)** |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JUAN CARLOS CRUZ-PINO,**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>18-MJ-20978-KSC-AJB<br><br><br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the above caption case be **STAYED** pending the decision the decision of the Ninth Circuit Court of Appeals in *United States v. Carrales-Vasquez*, CA No. 18-50206 and *United States v. Perez-Martin*, 18-50266.

Motions for extension of time [Doc. 12] and to stay briefing schedule [Doc. 13] are *denied as moot*.

**SO ORDERED.**

DATED: September 24, 2018

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
United States District Judge